JACOB KLOTZKY, Respondent, *v.* DORA HERTSCHIKOFF, Appellant.

APPEAL from an order granting a warrant of attachment.

*Abraham H. Sarasohn*, for appellant.

*Louis Levene*, for respondent.

CONLAN, J.   We think the warrant of attachment complies with the requirements of section 641 of the Code, and that the order appealed from should be affirmed, with costs.

FITZSIMONS, J., concurs.
Order affirmed, with costs.

---

JAMES M. SINCLAIR et al., Respondents, *v.* ROBERT A. HOLLISTER, Impleaded, etc., Appellant.

APPEAL from a judgment in favor of plaintiff.

*R. H. Arnold*, for appellant.

*Smith & Bowman*, for respondents.

*Per Curiam.*   Judgment appealed from is affirmed on the opinion of the General Term of this court in *Sinclair* v. *Hollister*, filed December 27, 1890.   See *Austin* v. *Holland*, 69 N. Y. 571.

Present: FITZSIMONS, NEWBURGER and CONLAN, JJ.
Judgment affirmed.

---

ALEXANDER FINELITE, as Receiver, etc., Respondent, *v.* CATHERINE GARRICK, Impleaded, etc., Appellant.

APPEAL from a judgment in favor of plaintiff.

*Coudert Brothers*, for appellant.

*Kantrowitz & Esberg*, for respondent.

*Per Curiam.*   Judgment affirmed, with costs.

Present: FITZSIMONS, NEWBURGER and CONLAN, JJ.
Judgment affirmed, with costs.